## AFFIDAVIT FOR SEARCH WARRANT

I, Charles Ballard, Jr., being duly sworn, depose and say as follows:

1. I am a detective with the Chattanooga Police Department and have been so employed for over thirteen years. I have had specialized training with respect to narcotics and firearms violations and have been involved in numerous investigations involving violent crimes and the seizure of controlled substances. The information contained in this affidavit has been obtained by me through personal observation and investigation, information related to me by fellow law enforcement officers, and witness statements. This affidavit is offered in support of a search warrant for the residence of Corey Michael Long also known as "Levi," located at 7322 Creek Ridge Drive, Harrison, TN 37341.

2. Based on my training, experience, and discussions with other law enforcement agents, and my participation in other investigations involving firearms, I know that those who possess firearms often possess items related to firearms such as: ammunition, records related to firearms ownership, receipts related to the purchase of firearms and ammunition, photographs of themselves with firearms, targets, holsters, eye and ear wear associated with target practice and shooting firearms, etc.

3. Within the past seven days your affiant, working in an undercover capacity, purchased a SKS assault rifle and a H&K 9 mm semi-automatic pistol from Corey Michael Long, also known as "Levi." The purchase of the SKS occurred on June 4, 2010, and the purchase of the H&K 9mm occurred June 9, 2010.

4. During the June 9, 2010, deal Corey Michael Long aka "Levi" showed your affiant a shotgun and attempted to sell it to your affiant for $100. Your affiant declined to purchase the shotgun, and Long put it back in his car. After that deal for the 9mm was complete, Long was surveilled back to 7322 Creek Ridge Drive, Harrison, TN 37341. Long went straight from the deal to this address without making any stops. Once he reached the residence, Long pulled into the attached garage and closed the door. Long was driving a silver 2005 Nissan Roadster, Tennessee tag number 744-RNT. The car is registered to Long's father.

5. Your affiant used marked money to purchase the two firearms from Long.

6. Your affiant is aware *because a computer check revealed* that Corey Michael Long aka "Levi" has been convicted of a misdemeanor crime of domestic violence, namely, domestic assault on June 3, 2010.

7. Based on the information provided, your affiant believes that probable cause exits to search the residence of Corey Michael Long also known as "Levi," located at 7322 Creek Ridge Drive, Harrison, TN 37341 and the vehicle he was driving on June 9, 2010, that is, the 2005 Nissan Roadster, Tennessee tag number 744-RNT for evidence pertaining to a violation of Title 18, U.S.C., Section 922(g)(9) to include firearms, ammunition, any documents or photographs related to the purchase, sale, or possession of firearms and ammunition, as well as the aforementioned marked money.

Further, Affiant saith not.

_____
CPD Detective Charles Ballard, Jr.

Sworn to and subscribed before me
this 11th day of June 2010

_____
William B. Mitchell Carter
United States Magistrate Judge

## Attachment #1

The search warrant is requested for the premises, outbuildings, shelters, curtilage, located at 7322 Creek Ridge Drive, Harrison. From north on Highway 58, turn east on Hunter Road, turn north on Short Tail Springs Road, turn northwest on Davis Mill Road until it dead-ins, then turn right, then turn right on Creek Ridge Drive, the house is on the left with a "For Sale" sign in the front yard and the numbers 7322 on the mailbox. Pictures attached.

The vehicle is a silver 2005 Nissan Roadster, Tennessee tag number 744-RNT.

# ATTACHMENT #2

    a. Firearms, ammunition, holsters and any receipts for firearms purchases.

    b. Books, letters, records, computerized and electronic records, receipts, photographs related to firearms possession and ownership.

    c. Indicia of occupancy, residency, and/or ownership of the premises described in Attachment #1 and other real property, including but not limited to deeds, utility and telephone bills, canceled envelopes and keys;

    d. The visual image, by way of photography, of all furnishings and equipment in, on, under, attached, or appurtenant to said premises.

    e. Keys that match doors to the clubhouse or any gun safes or cabinets therein

    f. Targets, holsters, eye and ear wear associated with target practice and shooting firearms

    g. Previously marked money from gun transactions